1

**KELLER ROHRBACK LLP**
JULI E. FARRIS, S.B.N. 141716
jfarris@kellerrohrback.com
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone:  (805) 456-1496
Facsimile:   (805) 456-1497

**KELLER ROHRBACK LLP**
JEFFREY D. LEWIS, S.B.N. 66587
jlewis@kellerrohrback.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 463-3900
Facsimile:   (510) 463-3901

*Interim Lead Counsel for Plaintiffs*

**STEPTOE & JOHNSON LLP**
STEPHANIE A. SHERIDAN, S.B.N. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, S.B.N. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, S.B.N. 298570
mbrooks@steptoe.com
Steuart Tower, 1 Market Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile:  (415) 365-6678

*Attorneys for Defendant*
**RODAN + FIELDS, LLC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, AKEMI BUCKINGHAM, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, ELAINA HUFNAGEL, TERESA GATTUSO, ELISSA WAGNER, and DIXIE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RODAN + FIELDS, LLC, a California limited liability,<br><br>Defendant. | Case No. 4:18-cv-02248-PJH<br>(Consol. with No. 4:18-cv-02505-PJH)<br><br>**L.R. 6-1(a) STIPULATION TO ENLARGE TIME TO RESPOND TO CONSOLIDATED COMPLAINT**<br><br>Judge Phyllis J. Hamilton |

No. 4:18-cv-02248-PJH
(Consol. with No. 4:18-cv-02505-PJH)

1

STIPULATION TO EXTEND
RESPONSE DEADLINE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs Barbara Lewis, Akemi Buckingham, Bobbie Joe Huling, Cynthia Whetsell, Martha Merle, Elaina Hufnagel, Teresa Gattuso, Elissa Wagner, and Dixie Williams ("Plaintiffs"), and Defendant Rodan & Fields LLC ("R+F" or "Defendant"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on June 15, 2018, this Court considered the Parties' Stipulation Consolidating Cases and Appointing Interim Lead and Interim Class Counsel and ordered (ECF No. 20), *inter alia* that the *Lewis* and *Ryan* actions be consolidated into one action, and that Plaintiffs would have sixty (60) days to prepare and file a Consolidated Complaint;

**WHEREAS**, Plaintiffs filed their Consolidated Complaint on August 14, 2018. The Consolidated Complaint names five new Plaintiffs, is 88 pages long, and purports to bring 20 causes of action, under the laws of six states, including claims on behalf of a nationwide class and several putative sub-classes;

**WHEREAS**, R+F will need additional time to investigate and respond to the claims in the Consolidated Complaint. The Parties therefore agree that R+F's response deadline to respond shall be extended until October 26, 2018.

**WHEREAS**, pursuant to Local Rule 6-1(a), Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint;

**THEREFORE, IT IS HEREBY AGREED AND STIPULATED** that R+F's deadline to respond to Plaintiffs' Consolidated Complaint shall be extended until October 26, 2018.

**IT IS SO STIPULATED.**

DATED this 28th day of August, 2018.

STEPTOE & JOHNSON LLP

By: /s/ *Stephanie A. Sheridan*
    Stephanie A. Sheridan
    Attorneys for Defendant
    RODAN & FIELDS, LLC


KELLER ROHRBACK L.L.P.

By: /s/ *Juli E. Farris*
    Juli E. Farris
    Interim Lead Counsel for Plaintiffs
    BARBARA LEWIS, AKEMI
    BUCKINGHAM, BOBBIE JOE HULING,
    CYNTHIA WHETSELL, MARTHA
    MERLE, ELAINA HUFNAGEL, TERESA
    GATTUSO, ELISSA WAGNER, and
    DIXIE WILLIAMS

Local Rule 5-1 Attestation

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document

concurred in its filing.

By:   /s/ *Stephanie A. Sheridan*
    Stephanie A. Sheridan