1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

11

12

BARBARA LEWIS, AKEMI
BUCKINGHAM, BOBBIE JOE HULING,
CYNTHIA WHETSELL, MARTHA MERLE,
ELAINA HUFNAGEL, TERESA GATTUSO,
ELISSA WAGNER, and DIXIE WILLIAMS,
individually and on behalf of all others
similarly situated,

13

14

15

16

Plaintiffs,

17

vs.

18

RODAN + FIELDS, LLC, a California limited
liability,

19

20

Defendant.

Case No. 4:18-cv-02248-PJH
(Consol. with No. 4:18-cv-02505-PJH)

**[PROPOSED] ORDER GRANTING
STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE, SET
BRIEFING SCHEDULE FOR MOTION
TO DISMISS, AND EXTEND PAGE
LIMITS FOR MOTION TO DISMISS
BRIEFING'CUO QF KKIGF'D['VJ G
EQWTV**

Judge Phyllis J. Hamilton

21

22

23

24

25

26

27

28

This Court has considered the Parties' stipulated request to continue the case management conference, and to set briefing schedule and page limits for the briefing for defendant's motion to dismiss. Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that:

1.    Plaintiff's opposition to R+F's forthcoming motion to dismiss shall be due December 19, 2018;

2.    R+F's reply shall be due January 18, 2019

3.    The hearing shall be February 20, 2019 at 9:00 a.m. [January 30, 2019, at 9:00 a.m.]

4.    The Initial Case Management Conference currently scheduled for November 15, 2018 shall be ~~continued to~~ <u>rescheduled after motion to dis</u>miss is decided.

5.    The page limit for R+F's forthcoming motion to dismiss shall be 35 ~~40~~ pages.

6.    The page limit for Plaintiff's opposition shall be 35 ~~40~~ pages.

7.    The page limit for R+F's reply shall be 20 ~~25~~ pages.

**IT IS SO ORDERED.**

DATED this __24th__ day of __October__, 2018.

_____
Hon. Phyllis J. Hamilton
United States District Judge