UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** February 20, 2019 (Time: 57 minutes)       **JUDGE:**  Phyllis J. Hamilton

**Case No:** 18-cv-02248-PJH
**Case Name:** Lewis, et al. v. Rodan & Fields, LLC

**Attorney(s) for Plaintiff:**     Michael Woerner; Benjamin Goulds; Erika Keech
**Attorney(s) for Defendant:**  Stephanie Sheridan; Meegan Brooks

**Deputy Clerk:** Kelly Collins           **Court Reporter:** Diane Skillman

### PROCEEDINGS

Defendant's Motion to Dismiss Consolidated Complaint - Held. The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

**cc:** chambers