STEPTOE & JOHNSON LLP
Stephanie A. Sheridan, State Bar No. 135910
Anthony J. Anscombe, State Bar No. 135883
Meegan B. Brooks, State Bar No. 298570
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678
ssheridan@steptoe.com
aanscombe@steptoe.com
mbrooks@steptoe.com

Darlene K. Alt
IL State Bar No. 6228745
*Admitted pro hac vice*
227 West Monroe, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312)-577-1370
dalt@steptoe.com

Attorneys for Defendant Rodan & Fields, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, AKEMI BUCKINGHAM, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, ELAINA HUFNAGEL, TERESA GATTUSO, ELISSA WAGNER, and DIXIE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>  vs.<br>RODAN & FIELDS, LLC, a California limited liability,<br><br>           Defendant. | Case No. 4:18-cv-02248-PJH<br><br>(Consol. with No. 4:18-cv-02505-PJH)<br><br>~~JOINT STIPULATION REGARDING EXTENSION OF TIME AND PROPOSED~~ ORDER<br><br>Judge Phyllis J. Hamilton |

Plaintiffs Barbara Lewis, Bobbie Joe Huling, Cynthia Whetsell, Martha Merle, Elaina Hufnagel, Teresa Gattuso, Elissa Wagner, and Dixie Williams ("Plaintiffs") and Defendant Rodan & Fields, LLC ("Rodan + Fields"), through their respective counsel of record, jointly state and stipulate as follows:

1. Plaintiffs' Motion for Class Certification ("Motion") is due on February 14, 2020. Plaintiffs' Motion and supporting materials reference and include as exhibits certain documents and deposition testimony that have been designated Confidential by Rodan + Fields, pursuant to the Stipulated Protective Order entered in this action.

2. Pursuant to Civil Local Rule 79-5(e), Plaintiffs will file any such materials designated Confidential by Rodan + Fields conditionally under seal and file an Administrative Motion to File Under Seal.

3. Pursuant to Civil Local Rule 79-5(e), Rodan + Fields currently has until Tuesday, February 18, 2020 to file any declaration and materials in support of its Confidential designations to maintain the documents permanently under seal.

4. The parties have agreed to extend the deadline for Rodan + Fields to file any declaration and any other materials in support of its Confidential designations until and including Wednesday, February 26, 2020.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: February 14, 2020            STEPTOE & JOHNSON LLP

                                    By:  /s/ Darlene K. Alt
                                         STEPHANIE A. SHERIDAN
                                         ANTHONY J. ANSCOMBE
                                         DARLENE K. ALT
                                         MEEGAN B. BROOKS

                                         *Attorneys for Rodan & Fields, LLC*

|     |     |
| --- | --- |
| 1   | By:   /s/ Erika Emerson |
| 2   | Erika M. Emerson |
| 3   | Michael D. Woerner |
|     | Benjamin Gould |
| 4   | KELLER ROHRBACK L.L.P. |
| 5   | 1201 Third Avenue, Suite 3200 |
|     | Seattle, WA 98101-3052 |
| 6   | (206) 623-1900 |
| 7   | Fax (206) 623-3384 |
|     | eemerson@kellerrohrback.com |
| 8   | mwoerner@kellerrohrback.com |
|     | bgould@kellerrohrback.com |
| 9   | |
| 10  | Jeffrey Lewis |
|     | KELLER ROHRBACK L.L.P. |
| 11  | 300 Lakeside Drive, Suite 1000 |
| 12  | Oakland, CA 94612 |
|     | (510) 463-3900 |
| 13  | Fax (510) 463-3901 |
|     | jlewis@kellerrohrback.com |
| 14  | |
| 15  | Juli E. Farris |
|     | KELLER ROHRBACK L.L.P. |
| 16  | 801 Garden Street, Suite 301 |
| 17  | Santa Barbara, CA 93101 |
|     | (805) 456-1496 |
| 18  | Fax (805) 456-1497 |
|     | jfarris@kellerrohrback.com |
| 19  | |
| 20  | *Attorneys for Plaintiffs* |

# ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, the Court hereby **ORDERS**:

The date for Defendant to file any declarations and supporting materials pursuant to Local Civil Rule 79-5 is extended to February 26, 2020.

**IT IS SO ORDERED.**

Dated: February 18, 2020

/s/ Phyllis J. Hamilton
The Honorable Phyllis J. Hamilton