Juli E. Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496; Fax: (805) 456-1497
jfarris@kellerrohrback.com

*Interim Lead Counsel for Plaintiffs*
*(Additional Attorneys Listed Below)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, AKEMI BUCKINGHAM, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, ELAINA HUFNAGEL, TERESA GATTUSO, ELISSA WAGNER, AND DIXIE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> RODAN + FIELDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, <br><br> Defendant. | No. 4:18-cv-02248-PJH <br><br> **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW INCORRECT DOCUMENT** <br><br> Judge:  Phyllis J. Hamilton |

Plaintiffs have submitted a request to withdraw electronically filed document 92-9. Having considered the request, the Court finds that there is good cause to withdraw the document.

IT IS HEREBY ORDERED THAT Dkt. No. 92-9 shall be withdrawn and the electronic images of document 92-9 shall be removed from the docket.

**IT IS SO ORDERED.**

No. 4:18-cv-02248-PJH      1      [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW INCORRECT DOCUMENT

Dated: February 18, 2020

_____/s/ Phyllis J. Hamilton_____
Hon. Phyllis J. Hamilton United States District Judge