**STEPTOE & JOHNSON LLP**
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
Spear Tower, 1 Market Street, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile:  (415) 365-6678

Attorneys for Defendant,
RODAN & FIELDS, LLC
(*Additional Attorneys Listed Below*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, AKEMI BUCKINGHAM, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, ELAINA HUFNAGEL, TERESA GATTUSO, ELISSA WAGNER, AND DIXIE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs.<br><br>v.<br><br>RODAN & FIELDS, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Defendant. | Case No.: 4:18-cv-02248-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING APRIL 9, 2020 ORDER AND ADR STIPULATION AND ORDER** |

Plaintiffs and Defendant Rodan +Fields, LLC ("Rodan + Fields") (collectively, the "Parties"), by and through their respective counsel of record, state as follows:

1. In this litigation, the Parties are currently engaged in deposition discovery and briefing on Plaintiffs' motion for class certification, filed on February 14, 2020. Rodan + Fields' opposition is currently due May 29, 2020, and Plaintiffs' reply is due June 26, 2020. By this stipulation and request for a new briefing order, the Parties respectfully request a further (short) modification of the briefing schedule to allow for the completion of discovery suspended in light of the COVID-19 pandemic.

2. After Plaintiffs filed their motion for class certification, counsel for Rodan + Fields completed depositions of five class representatives in Santa Barbara, Boston, and New York. The depositions of two class representatives, Dixie Williams in Seattle, Washington and Cynthia Whetsell in Peoria, Illinois, as well as the depositions of Plaintiffs' experts, Laura Periman in Seattle and Stephan Boedeker in Los Angeles, were postponed due to COVID-19 SIP orders and related health advisories. In support of their reply briefing, counsel for Plaintiffs will want to depose defense experts.

3. The Parties in this case have coordinated discovery with the parties in the related state-court coordinated proceeding, *Gorzo, et al. v. Rodan & Fields, LLC*, JCCP No. 4891 (Cal. Super. Ct, San Francisco County), where class certification briefing is also underway and proceeding on a similar schedule.

4. Lead counsel for the Parties, located in California, Illinois and Washington, and the named Parties, including many of Rodan + Fields' employees, have been subject to SIP orders since approximately mid-March due to the current COVID-19 pandemic. Because these orders have been extended through May, Rodan + Fields has not been able to complete the depositions of the remaining Plaintiffs or their experts.[1] The current state of affairs has imposed

---

[1] https://www.seattletimes.com/seattle-news/politics/inslee-announces-extended-stay-home-order-outlines-plan-to-reopen-washington-in-phases/; https://covid19.ca.gov/stay-home-except-for-essential-needs/; https://www2.illinois.gov/dceo/Media/PressReleases/Pages/PR20200423.aspx; *See* https://sanfrancisco.cbslocal.com/2020/04/27/coronavirus-update-bay-area-public-health-officers-to-extend-revise-shelter-in-place-orders/; https://sanfrancisco.cbslocal.com/2020/04/27/coronavirus-update-san-francisco-shuts-down-golden-gate-parks-jfk-drive-to-allow-social-distancing/

burdens on the ability of counsel to prepare and submit briefing in connection with Plaintiffs' motion for class certification, and to obtain supporting evidence from party witnesses and experts. Although it is the strong preference of R+F to conduct depositions in person, the Parties acknowledge that there are technological solutions available that would allow depositions and briefing to go forward in June, even if the current SIP order remain in place.

5. In light of the foregoing, the Parties have met and conferred, and have agreed on small adjustments to the existing schedule. The Parties therefore respectfully request that the current deadlines be extended, and that the Court's April 8, 2020 Order be amended as follows:

- Rodan + Fields' Opposition to Plaintiff's Motion for Class Certification to be filed by July 3, 2020;
- Plaintiffs' Reply in Support of its Motion for Class Certification to be filed by July 31, 2020;
- Expert disclosure by Rodan + Fields due by July 3, 2020;
- Plaintiffs' rebuttal expert disclosure due by July 31, 2020; and
- The Parties must complete the private mediation contemplated by the October 15, 2019 Stipulation and Order, ECF No. 83, the January 23, 2020 Order, ECF No. 86, and the April 8, Order, ECF No. 134, at a mutually convenient time and location on or before August 24, 2020.

**IT IS SO STIPULATED**, through Counsel of Record, who respectfully request that this Court enter the accompanying order.

Dated: May 28, 2020

/s/ *Stephanie A. Sheridan*
Counsel for Defendant

Stephanie A. Sheridan (Bar No. 135910)
Anthony J. Anscombe (Bar No. 135883)
Meegan B. Brooks (Bar No. 298570)
STEPTOE & JOHNSON LLP
Spear Tower

|   |   |
|---|---|
| | 1 Market Street, Suite 3900 |
| | San Francisco, CA  94105 |
| | Telephone:  (415) 365-6700 |
| | Facsimile:  (415) 365-6678 |
| | ssheridan@steptoe.com |
| | aanscombe@steptoe.com |
| | mbrooks@steptoe.com |

Darlene K. Alt (IL State Bar No. 6228745)
*(Admitted pro hac vice)*
Mary E. Buckley (IL State Bar No. 6275472)
*(Admitted pro hac vice)*
**STEPTOE & JOHNSON LLP**
227 W. Monroe Street, Suite 4700
Chicago, Illinois 60606
Telephone: (312)-577- 1300
Facsimile:  (312)-577-1370
dalt@steptoe.com
mbuckley@steptoe.com

*Attorneys for Defendants*

Dated:  May 28, 2020

/s/ Juli E. Farris_____
Counsel for Plaintiffs

Juli E. Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456 - 1496
Fax (805) 456-1497
jfarris@kellerrohrback.com

Michael D. Woerner, *admitted pro hac vice*
Ryan McDevitt, *admitted pro hac vice*
Benjamin Gould (Bar No. 250630)
Erika M. Keech, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
mwoerner@kellerrohrback.com
rmcdevitt@kellerrohrback.com
bgould@kellerrohrback.com
ekeech@kellerrohrback.com

4:18-cv-02248-PJH                                         STIPULATION AND [PROPOSED] ORDER AMENDING ORDERS

```
 1                                Jeffrey Lewis (Bar No. 66587)
                                  KELLER ROHRBACK L.L.P.
 2                                300 Lakeside Drive, Suite 1000
                                  Oakland, CA 94612
 3                                (510) 463-3900, Fax (510) 463-3901
                                  jlewis@kellerrohrback.com
 4

 5
                                   Marc L. Godino (Bar No. 182689)
 6                                 Danielle L. Manning (Bar No. 313272)
                                   GLANCY PRONGAY & MURRAY LLP
 7                                 1925 Century Park East, Suite 2100
                                   Los Angeles, CA 90067
 8                                 (310) 201-9150; Fax: (310) 201-9160
                                   mgodino@glancylaw.com
 9                                 dmanning@glancylaw.com
10

11                                 Rosemary M. Rivas (Bar No. 209147)
                                   LEVI & KORSINSKY LLP
12                                 44 Montgomery Street, Suite 650
                                   San Francisco, CA 94104
13                                 (415) 291-2420, Fax: (415) 484-1294
                                   rrivas@zlk.com
14

15                                 Joseph G. Sauder
                                   SAUDER SCHELKOPF
16                                 555 Lancaster Avenue
                                   Berwyn, PA 19312
17                                 (610) 200-0580
                                    jgs@sstriallawyers.com
18

19                                  Attorneys for Plaintiffs

20

21

22

23

24

25

26

27
```

**ATTESTATION OF FILER**

I, Stephanie A. Sheridan, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

By: /s/ _Stephanie A. Sheridan_____
Stephanie A. Sheridan

**CERTIFICATE OF SERVICE**

I, Stephanie A. Sheridan, hereby certify that on May 28, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: /s/ Stephanie A. Sheridan_____
Stephanie A. Sheridan

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Court hereby **ORDERS**:

1. The Court's April 8, 2020 Order shall be amended as follows:

   - Rodan + Fields' Opposition to Plaintiffs' Motion for Class Certification to be filed by July 3, 2020;
   - Plaintiffs' Reply in Support of its Motion for Class Certification to be filed by July 31, 2020;
   - Expert disclosure by Rodan + Fields due by July 3, 2020; and
   - Plaintiffs' rebuttal expert disclosure due by July 31, 2020.

2. The October 15, 2019 Stipulation and Order Selecting ADR Process is amended to provide that the Parties must complete the private mediation contemplated by the October 15, 2019 Stipulation and Order, ECF No. 83, the January 23, 2020 Order, ECF No. 86, and the April 8, 2020, ECF No. 134, at a mutually convenient time and location on or before August 24, 2020.

**IT IS SO ORDERED**.

Dated: May 29, 2020

/s/ Phyllis J. Hamilton
The Honorable Phyllis J. Hamilton