Juli E. Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496; Fax: (805) 456-1497
jfarris@kellerrohrback.com

*Interim Lead Counsel for Plaintiffs*
*(Additional Attorneys Listed Below)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, AKEMI BUCKINGHAM, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, ELAINA HUFNAGEL, TERESA GATTUSO, ELISSA WAGNER, AND DIXIE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> RODAN + FIELDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, <br><br> Defendant. | No. 4:18-cv-02248-PJH <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF ELAINA HUFNAGEL AND ORDER** <br><br> Judge:   Phyllis J. Hamilton |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs in the above-captioned action and Defendant, by and through their counsel, stipulate and agree that all claims in the above-captioned action, as to Plaintiff Elaina Hufnagel only, are dismissed without prejudice and without waiver of any costs.  While Hufnagel is withdrawing from the litigation as a named plaintiff, she retains her status and rights as an absent member of the putative class in the pending litigation, and Defendant retains all rights and defenses it may have against her as a putative class member.  A proposed order is attached.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: August 19, 2020         /s/ Juli E. Farris
                               Counsel for Plaintiffs

Juli E. Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax (206) 623-3384
jfarris@kellerrohrback.com

Michael D. Woerner, *admitted pro hac vice*
Ryan McDevitt, *admitted pro hac vice*
Benjamin Gould (Bar No. 250630)
Erika M. Keech, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
mwoerner@kellerrohrback.com
rmcdevitt@kellerrohrback.com
bgould@kellerrohrback.com
ekeech@kellerrohrback.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900, Fax (510) 463-3901
jlewis@kellerrohrback.com

*Interim Lead Counsel*

Marc L. Godino (Bar No. 182689)
Danielle L. Manning (Bar No. 313272)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150; Fax: (310) 201-9160
mgodino@glancylaw.com
dmanning@glancylaw.com

*Interim Class Counsel*

|   |   |
|---|---|
|   | Rosemary M. Rivas (Bar No. 209147)<br>LEVI & KORSINSKY LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>(415) 291-2420, Fax: (415) 484-1294<br>rrivas@zlk.com<br><br>Joseph G. Sauder<br>SAUDER SCHELKOPF<br>555 Lancaster Avenue<br>Berwyn, PA 19312<br>(610) 200-0580<br>jgs@sstriallawyers.com<br><br>***Attorneys for Plaintiffs*** |
| Dated: August 19, 2020 | */s/ Anthony Anscombe*<br>Counsel for Defendant<br><br>Mary E. Buckley (IL Bar No. 6275472)<br>(admitted *pro hac vice*<br>Darlene K. Alt (IL Bar No. 6228745)<br>(admitted *pro hac vice*)<br>STEPTOE & JOHNSON L.L.P.<br>115 S LaSalle Street, Suite 3100<br>Chicago, Illinois 60603<br>(312) 577-1300<br>dalt@steptoe.com<br>mbuckley@steptoe.com<br><br>Stephanie A. Sheridan (Bar No. 135910)<br>Anthony J. Anscombe (Bar No. 135883)<br>Meegan B. Brooks (Bar No. 298570)<br>STEPTOE & JOHNSON L.L.P.<br>Steuart Tower<br>1 Market Street, Suite 1800<br>San Francisco, CA 94105<br>(415) 365-6700, Fax (415) 365-6678<br>ssheridan@steptoe.com<br>aanscombe@steptoe.com<br>mbrooks@steptoe.com<br><br>***Attorneys for Defendants*** |

## ATTESTATION OF FILER

I, Juli E. Farris, am the ECF user whose identification and password are being used to file this STIPULATION.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

By: */s/ Juli E. Farris*
Juli E. Farris

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court hereby **ORDERS**:

1. All claims in *Lewis v. Rodan + Fields, LLC*, 4:18-cv-02248-PJH, as to Plaintiff Elaina Hufnagel only, are hereby dismissed without prejudice and without waiver of any costs.

2. Elaina Hufnagel has withdrawn from the litigation as a named plaintiff and shall retain her status and rights as an absent member of the putative class in the pending litigation, and Defendant shall retain all rights and defenses it may have against her as a putative class member.

**IT IS SO ORDERED.**

Dated: August 21, 2020

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*