**STEPTOE & JOHNSON LLP**
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
Spear Tower, 1 Market Street, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile:  (415) 365-6678

Attorneys for Defendant,
RODAN & FIELDS, LLC
(*Additional Attorneys Listed Below*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, AKEMI BUCKINGHAM, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, TERESA GATTUSO, ELISSA WAGNER, AND DIXIE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs.<br><br>v.<br><br>RODAN & FIELDS, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Defendant. | Case No.: 4:18-cv-02248-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR RODAN & FIELDS, LLC'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT STEFAN BOEDEKER**<br><br>Judge: Phyllis J. Hamilton |

Plaintiffs and Defendant Rodan +Fields, LLC ("Rodan + Fields") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and state as follows:

1. On July 3, 2020, in connection with its Opposition to Plaintiffs' Motion for Class Certification, Rodan + Fields filed a Motion to Exclude Plaintiffs' Expert Stefan Boedeker (the "Motion to Exclude"), ECF No. 146.

2. When filing the Motion, Rodan + Fields chose the briefing schedule autopopulated on ECF, which set July 17, 2020 as the due date for Plaintiffs' Opposition to the Motion to Exclude, and July 24, 2020 as the due date for Rodan + Fields' Reply.

3. On July 10, 2020, the parties stipulated to a revised briefing schedule extending the deadline of Plaintiffs' Opposition to the Motion to Exclude to August 10, and Rodan + Fields' Reply deadline to August 21, ECF Nos. 152,153.

4. On August 6, 2020, the parties agreed to extend the date for Plaintiffs' Opposition to the Motion to Exclude to August 12, 2020 and the due date for Rodan + Field's Reply to August 26, 2020, ECF Nos. 170, 173.

5. To accommodate a second mediation session on August 25, 2020, and for other reasons, the Parties have conferred and agreed to a further extension of the briefing schedule that extends the due date for Rodan + Fields' Reply by five days. The Parties therefore respectfully request that the current deadline be extended as follows:

- Rodan + Fields' Reply in Support of the Motion to Exclude be filed by August 31, 2020.

**IT IS SO STIPULATED**, through Counsel of Record, who respectfully request that this Court enter the accompanying order.

Dated: August 24, 2020

/s/ *Stephanie A. Sheridan*
Counsel for Defendant

Stephanie A. Sheridan (Bar No. 135910)
Anthony J. Anscombe (Bar No. 135883)
Meegan B. Brooks (Bar No. 298570)
STEPTOE & JOHNSON LLP
Spear Tower, 1 Market Street, Suite 3900
San Francisco, CA  94105
Telephone:  (415) 365-6700
Facsimile:  (415) 365-6678

4:18-cv-02248-PJH

STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE

ssheridan@steptoe.com
aanscombe@steptoe.com
mbrooks@steptoe.com

Darlene K. Alt (IL State Bar No. 6228745)
*(Admitted pro hac vice)*
Mary E. Buckley (IL State Bar No. 6275472)
*(Admitted pro hac vice)*
**STEPTOE & JOHNSON LLP**
227 W. Monroe Street, Suite 4700
Chicago, Illinois 60606
Telephone: (312)-577- 1300
Facsimile:  (312)-577-1370
dalt@steptoe.com
mbuckley@steptoe.com

*Attorneys for Defendants*

Dated:  August 24, 2020

*/s/ Juli E. Farris*
Counsel for Plaintiffs

Juli E. Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456 - 1496
Fax (805) 456-1497
jfarris@kellerrohrback.com

Michael D. Woerner, *admitted pro hac vice*
Ryan McDevitt, *admitted pro hac vice*
Benjamin Gould (Bar No. 250630)
Erika M. Keech, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
mwoerner@kellerrohrback.com
rmcdevitt@kellerrohrback.com
bgould@kellerrohrback.com
ekeech@kellerrohrback.com
Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612

(510) 463-3900, Fax (510) 463-3901
jlewis@kellerrohrback.com

Marc L. Godino (Bar No. 182689)
Danielle L. Manning (Bar No. 313272)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150; Fax: (310) 201-9160
mgodino@glancylaw.com
dmanning@glancylaw.com

Rosemary M. Rivas (Bar No. 209147)
LEVI & KORSINSKY LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
(415) 291-2420, Fax: (415) 484-1294
rrivas@zlk.com

Joseph G. Sauder
SAUDER SCHELKOPF
555 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0580
jgs@sstriallawyers.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

I, Stephanie A. Sheridan, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

By:   /s/  Stephanie A. Sheridan
        Stephanie A. Sheridan

**CERTIFICATE OF SERVICE**

I, Stephanie A. Sheridan, hereby certify that on August 24, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By:   */s/ Stephanie A. Sheridan*
Stephanie A. Sheridan

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court hereby **ORDERS:** The briefing schedule for Rodan + Fields, LLC's Motion to Exclude Plaintiffs' Expert Stefan Boedeker (ECF No. 146) is amended as follows:

• Rodan + Fields' Reply in Support of the Motion to Exclude be filed by August 31, 2020.

**IT IS SO ORDERED**.

Dated:  August 25, 2020          /s/ Phyllis J.Hamilton
                                 The Honorable Phyllis J. Hamilton