UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LEWIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RODAN & FIELDS, LLC, <br><br> Defendant. | Case No. 18-cv-02248-PJH <br><br> **ORDER TERMINATING CERTAIN MOTIONS REGARDING CLASS CERTIFICATION** <br><br> Re: Dkt. Nos. 88, 98, 139, 146, 166, 177 |

The court is in receipt of the parties' joint stipulation and request that it "hold in abeyance" all rulings related to plaintiffs' pending motion for class certification and defendant's associated motion to exclude. Dkt. 183 at 2. While the court is receptive to the parties' efforts to resolve this matter through mediation, it does not permit motions to languish on its docket. Accordingly, the court administratively **TERMINATES** the pending motion for class certification (Dkt. 98) as well as its related motions to seal (Dkts. 88, 139, and 166). If settlement fails, plaintiffs may re-notice these motions without prejudice.

Relatedly, because the motion for class certification has been terminated, the court **TERMINATES** as moot the motion to exclude (Dkt. 146) as well as its related motion to seal (Dkt. 177). If plaintiffs re-notice their class certification related motions, defendant may also re-notice its motions. In that event, the parties may stipulate to allow defendant to simultaneously file its reply in support of the motion to exclude.

**IT IS SO ORDERED.**

Dated: August 28, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge