UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA LEWIS, et al.,

　　　　　　Plaintiffs,

　　v.

RODAN & FIELDS, LLC,

　　　　　　Defendant.

Case No. 18-cv-02248-PJH

**ORDER SETTING MOTION FOR CLASS CERTIFICATION AND MOTION TO EXCLUDE TESTIMONY FOR HEARING**

Re: Dkt. Nos. 88, 98, 139, 146, 155, 156, 160, 166, 177

The court is in receipt of the parties' joint stipulation and proposed order regarding renewal and briefing of terminated motions. Dkt. 193. The court renews the motions listed above. The parties need not (and should not) refile any papers previously filed in connection with such motions. The court sets the motion for class certification (Dkt. 98), motion to exclude expert testimony (Dkt. 146), as well as their related motions to seal (Dkts. 88, 139, 166, and 177) for hearing via zoom at **1:30 pm on Thursday, June 3, 2021**. Based on the court's review of the docket, it also appears that defendant still needs to file a reply in support of its motion to exclude. Defendant must file that reply by **Thursday, May 6, 2021**. The court will decide the motion for a protective order (Dkt. 155) and its related motions to seal (Dkts. 156, 160) on the papers.

The parties should immediately notify the court if and when they reach a settlement in principle.

**IT IS SO ORDERED.**

Dated: February 26, 2021

　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge