Juli E. Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496; Fax: (805) 456-1497
jfarris@kellerrohrback.com

*Interim Lead Counsel for Plaintiffs*
*(Additional Attorneys Listed Below)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, TERESA GATTUSO, ELISSA WAGNER, AND DIXIE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>RODAN + FIELDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Defendant. | No. 4:18-cv-02248-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT IN PRINCIPLE**<br><br>Judge:   Phyllis J. Hamilton |

Plaintiffs and Defendant Rodan +Fields, LLC, through their respective counsel of record, jointly state and stipulate as follows:

1.  As the Parties previously notified the Court by telephone, they have reached an agreement in principle to resolve this litigation that, if finalized, would dispose of all claims in this action.

2.  Consistent with the Court's February 26, 2021 Order (Dkt. 194), Plaintiffs' Motion for Class Certification (Dkt. 98) and Request for Judicial Notice (Dkt. 109) and

Defendants' Motion to Exclude Expert Testimony (Dkt. 146), as well as their related motions to seal (Dkts. 88, 139, 166 and 177) , are currently set for hearing before this Court on June 3, 2021. Plaintiffs' Motion for Protective Order (Dkt. 155), and its related motions to seal (Dkts. 156, 160) are pending for decision on the papers.

3. In light of the agreement in principle, the Parties ask that the hearing scheduled for June 3, 2021 be removed from the calendar and that, except for all motions to seal which shall remain pending, the remaining currently pending motions be withdrawn, without prejudice to the moving party's right to refile in the event that a final agreement is not reached.

It is so stipulated, through Counsel of Record, who respectfully request that the Court enter the accompanying Order.

| | |
|---|---|
| Dated: June 1, 2021. | By: */s/ Juli E. Farris*<br>Counsel for Plaintiffs |
| | Juli E. Farris (Bar No. 141716)<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>(805) 456-1496; Fax (805-456-1497<br>jfarris@kellerrohrback.com |
| | Michael D. Woerner, *admitted pro hac vice*<br>Ryan McDevitt, *admitted pro hac vice*<br>Benjamin Gould (Bar No. 250630)<br>Erika M. Keech, *admitted pro hac vice*<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>(206) 623-1900; Fax: (206) 623-3384<br>mwoerner@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br>bgould@kellerrohrback.com<br>ekeech@kellerrohrback.com |
| | Jeffrey Lewis (Bar No. 66587)<br>KELLER ROHRBACK L.L.P.<br>180 Grand Avenue Suite 1380, |

|   |   |
|---|---|
| 1 | Oakland, CA 94612 |
| 2 | (510) 463-3900, Fax (510) 463-3901 |
|   | jlewis@kellerrohrback.com |

*Interim Lead Counsel*

Marc L. Godino (Bar No. 182689)
Danielle L. Manning (Bar No. 313272)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150; Fax: (310) 201-9160
mgodino@glancylaw.com
dmanning@glancylaw.com

*Interim Class Counsel*

Courtney E. Maccarone
LEVI & KORSINSKY LLP
55 Broadway, 10th Floor
New York, NY 10006
(212) 363-7500
cmaccarone@zlk.com

Joseph G. Sauder
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0580
jgs@sstriallawyers.com

*Attorneys for Plaintiffs*

Dated: June 1, 2021           */s/ Darlene K. Alt*
                               Counsel for Defendant

Mary E. Buckley (IL Bar No. 6275472)
(admitted *pro hac vice*)
Darlene K. Alt (IL Bar No. 6228745)
(admitted *pro hac vice*)
STEPTOE & JOHNSON L.L.P.
227 W. Monroe Street, Suite 4700
Chicago, Illinois 60606
(312) 577-1300
dalt@steptoe.com
mbuckley@steptoe.com

Stephanie A. Sheridan (Bar No. 135910)
Anthony J. Anscombe (Bar No. 135883)
Meegan B. Brooks (Bar No. 298570)
STEPTOE & JOHNSON L.L.P.
Steuart Tower
1 Market Street, Suite 1800
San Francisco, CA 94105
(415) 365-6700, Fax (415) 365-6678
ssheridan@steptoe.com
aanscombe@steptoe.com
mbrooks@steptoe.com

*Attorneys for Defendants*

**ATTESTATION OF FILER**

I, Juli E. Farris, am the ECF user whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

By: /s/ *Juli E. Farris*
Juli E. Farris

# **CERTIFICATE OF SERVICE**

I, Juli E. Farris, hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Juli E. Farris*
Juli E. Farris

# **[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the hearing scheduled in this action on June 3, 2021, is removed from the calendar and all pending motions, except motions to file under seal, are deemed withdrawn, without prejudice.

Dated: _____

                                     The Honorable Phyllis J. Hamilton
                                     United States District Court Judge