# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BARBARA LEWIS, et al.,

           Plaintiffs,

     v.

RODAN & FIELDS, LLC,

           Defendant.

Case No. 18-cv-02248-PJH

**ORDER DIRECTING THE PARTIES TO FILE POST-SETTLEMENT UPDATE**

Re: Dkt. No. 200

The court is in receipt of the parties' joint status report. Dkt. 200. In it, the parties reiterate that they've reached a tentative agreement in principle to settle this action as well as its state court counterpart. Id. at 1. The parties indicate that they expect to execute a settlement agreement by mid-July 2021. Id. at 2. Once they finalize that agreement, the parties then intend to move the court to stay this action pending their performance of the agreement's terms. Id. The parties request that, in the interim, the court stay this action until August 30, 2021. Id.

The court hereby **ORDERS** the parties to jointly notify the court that they have executed a final settlement agreement within **seven days** of such execution. If the parties have not executed that agreement by Friday, July 30, 2021, they must jointly file another report updating the court on this action's settlement status by **Friday, August 6, 2021**. Once the parties have notified the court of their executed settlement agreement, the court will set a date for the parties to appear to discuss the possibility of conditionally dismissing this action.

In the interim, the court hereby **STAYS** any further litigation in this action.

**IT IS SO ORDERED.**

Dated: July 2, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge