UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA LEWIS, et al., | Case No. 18-cv-02248-PJH |
|---|---|
| Plaintiffs, | |
| v. | **ORDER DIRECTING THE PARTIES TO FILE POST-SETTLEMENT UPDATE** |
| RODAN & FIELDS, LLC, | |
| Defendant. | Re: Dkt. No. 202 |

The court is in receipt of the parties' joint status report. Dkt. 202. In it, the parties state that they expect to execute a settlement agreement prior to the September 29, 2021 hearing in state court on their motion for preliminary approval of that agreement. Id. at 1. The parties request that, in the interim, the court continue its stay of this action. Id. at 2. The parties also say that they will inform the court once they have executed the settlement agreement. Id.

The court hereby **ORDERS** the parties to jointly notify the court that they have executed a settlement agreement within **seven days** of such execution. If the parties have not executed that agreement by **Wednesday, September 29, 2021**, they must jointly file another report updating the court on this action's settlement status by **Wednesday, October 6, 2021**. At that point, the court will set a date for the parties to appear to discuss the possibility of conditionally dismissing this action.

Until then, the court hereby **STAYS** any further litigation in this action.

**IT IS SO ORDERED.**

Dated: August 9, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge