Juli Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
jfarris@kellerrrohrback.com

*Interim Lead Counsel*
*(Additional Counsel Listed Below)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, TERESA GATTUSO, ELISSA WAGNER, AND DIXIE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>R+F, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Defendant. | No. 18-cv-2248<br><br>**STIPULATION OF CONDITIONAL VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)** |

Defendant and all Plaintiffs (the "Parties") agree and stipulate as follows.

1. Defendant and all Plaintiffs (the "Parties") stipulate to the dismissal of this action without prejudice, with the Parties to bear their own costs and fees.

2. The Parties further stipulate that Plaintiffs are entitled to reopen this action if (a) the court presiding over the *Lash Boost Cases*, Case No. CJC-18-004981, pending in the Superior Court of the State of California, County of San Francisco, does not enter a final order and judgment approving the Stipulated Settlement Agreement and Release ("Settlement Agreement") and certifying the Settlement Class; or (b) an appellate court has reversed or vacated, in whole or in part, a final order

No. 4:18-cv-02248-PJH                       1                       STIPULATION OF CONDITIONAL
                                                                     VOLUNTARY DISMISSAL
                                                                     UNDER RULE 41(A)(1)

and judgment in the *Lash Boost Cases* approving the Settlement Agreement and certifying the Settlement Class.

3. The Parties further stipulate that they will promptly submit a stipulation of dismissal with prejudice after the effective date of the Settlement Agreement, in accordance with its terms.

Dated: April 7, 2022         */s/ Juli E. Farris*
                                           Counsel for Plaintiffs
                                           Juli E. Farris (Bar No. 141716)
                                           KELLER ROHRBACK L.L.P.
                                           801 Garden Street, Suite 301
                                           Santa Barbara, CA 93101
                                           (805) 456-1496; Fax (805) 456-1497
                                           jfarris@kellerrohrback.com

                                           Michael D. Woerner, *admitted pro hac vice*
                                           Benjamin Gould (Bar No. 250630)
                                           KELLER ROHRBACK L.L.P.
                                           1201 Third Avenue, Suite 3200
                                           Seattle, WA 98101-3052
                                           (206) 623-1900; Fax: (206) 623-3384
                                           mwoerner@kellerrohrback.com
                                           bgould@kellerrohrback.com

                                           Jeffrey Lewis (Bar No. 66587)
                                           KELLER ROHRBACK L.L.P.
                                           180 Grand Avenue, Suite 1380
                                           Oakland, CA 94612
                                           (510) 463-3900, Fax (510) 463-3901
                                           jlewis@kellerrohrback.com

                                           *Interim Lead Counsel*

                                           Marc L. Godino (Bar No. 182689)
                                           Danielle L. Manning (Bar No. 313272)
                                           GLANCY PRONGAY & MURRAY LLP
                                           1925 Century Park East, Suite 2100
                                           Los Angeles, CA 90067
                                           (310) 201-9150; Fax: (310) 201-9160
                                           mgodino@glancylaw.com
                                           dmanning@glancylaw.com

                                           *Interim Class Counsel*

                                           Rosemary M. Rivas (Bar No. 209147)
                                           GIBBS LAW GROUP LLP

505 14th Street, Suite 1110
Oakland, CA 94612
(510) 350-9710; Fax: (510) 350-9701
rmr@classlawgroup.com

Courtney E. Maccarone, *admitted pro hac vice*
LEVI & KORSINSKY LLP
55 Broadway, 10th Floor
New York, NY 10006
(212) 363-7500, Fax: (212) 363-7171
cmaccarone@zlk.com


Joseph G. Sauder
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0580
jgs@sstriallawyers.com

*Attorneys for Plaintiffs*

Dated: April 7, 2022     /s/  *Darlene K. Alt*
                             Counsel for Defendant
                             Darlene K. Alt (IL Bar No. 6228745)
                             (*admitted pro hac vice*)
                             Mary E. Buckley (IL Bar No. 6275472)
                             (*admitted pro hac vice*)
                             STEPTOE & JOHNSON L.L.P.
                             227 W. Monroe Street, Suite 4700
                             Chicago, IL 60606
                             (312) 577-1300
                             dalt@steptoe.com
                             mbuckley@steptoe.com

Stephanie A. Sheridan (Bar No. 135910)
Anthony J. Anscombe (Bar No. 135883)
Meegan B. Brooks (Bar No. 298570)
STEPTOE & JOHNSON L.L.P.
1 Market Street, Suite 1800
San Francisco, CA 94105
(415) 365-6700, Fax (415) 365-6678
ssheridan@steptoe.com
aanscombe@steptoe.com
mbrooks@steptoe.com

*Attorneys for Defendants*

No. 4:18-cv-02248-PJH                      3                    STIPULATION OF CONDITIONAL
                                                                VOLUNTARY DISMISSAL
                                                                UNDER RULE 41(A)(1)

## ATTESTATION OF FILER

I, Juli E. Farris, am the ECF user whose identification and password are being used to file this Joint Status Report. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

By: /s/ *Juli E. Farris*
Juli E. Farris

# CERTIFICATE OF SERVICE

I, Juli E. Farris, hereby certify that on April 7, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: /s/ *Juli E. Farris*
Juli E. Farris

4885-2957-6218, v. 2