Juli Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
jfarris@kellerrrohrback.com

*Interim Lead Counsel*
*(Additional Counsel Listed Below)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BARBARA LEWIS, BOBBIE JOE HULING, CYNTHIA WHETSELL, MARTHA MERLE, TERESA GATTUSO, ELISSA WAGNER, and DIXIE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RODAN & FIELDS, LLC, a California limited liability,<br><br>Defendant. | No. 4:18-cv-2248<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)** |

Defendant and all Plaintiffs (the "Parties") agree and stipulate as follows:

1. On April 7, 2022, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Parties stipulated to the dismissal of this action without prejudice, with the Parties to bear their own costs and fees. (ECF 218, ¶ 1.)

2. The Parties further stipulated that they would promptly submit a stipulation of dismissal with prejudice after the effective date of the Stipulated Settlement Agreement and Release ("Settlement Agreement"), in accordance with the terms of the Settlement Agreement. (ECF 218, ¶ 3.)

3. The Parties stipulate that the effective date of the Settlement Agreement has passed and the terms of the Settlement Agreement required for dismissing this action with prejudice have been met.

1

4.  Pursuant to Rule 41(A)(1), the Parties further stipulate to the dismissal of this action with prejudice, with the Parties to bear their own costs and fees.

Dated: September 19, 2023

/s/ _Juli E. Farris_
Counsel for Plaintiffs

Juli E. Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496
Fax (805) 456-1497
jfarris@kellerrohrback.com

Michael D. Woerner, *admitted pro hac vice*
Benjamin Gould (Bar No. 250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
mwoerner@kellerrohrback.com
bgould@kellerrohrback.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900, Fax (510) 463-3901
jlewis@kellerrohrback.com

**Interim Lead Counsel**

Marc L. Godino (Bar No. 182689)
Danielle L. Manning (Bar No. 313272)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150; Fax: (310) 201-9160
mgodino@glancylaw.com
dmanning@glancylaw.com

**Interim Class Counsel**

Rosemary M. Rivas (Bar No. 209147)
GIBBS LAW GROUP LLP

2

505 14th Street, Suite 1110
Oakland, CA 94612
(510) 350-9710; Fax: (510) 350-9701
rmr@classlawgroup.com

Courtney E. Maccarone, *pro hac vice*
LEVI 7 KORSINSKY LLP
55 Broadway, 10th Floor
New York, NY 10006
(212) 363-7500; Fax: (212) 363-7171
cmaccarone@zlk.com

Joseph G. Sauder
SAUDER SCHELKOPF
555 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0580
jgs@sstriallawyers.com

***Attorneys for Plaintiffs***

/s/  Anthony J. Anscombe
Counsel for Defendant

Anthony J. Anscombe (Bar No. 135883)
STEPTOE & JOHNSON LLP
Spear Tower, 1 Market Street, Suite 3900
San Francisco, CA  94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678
ssheridan@steptoe.com
aanscombe@steptoe.com
mbrooks@steptoe.com

Darlene K. Alt (IL State Bar No. 6228745)
*(Admitted pro hac vice)*
Mary E. Buckley (IL State Bar No. 6275472)
*(Admitted pro hac vice)*
STEPTOE & JOHNSON LLP
227 W. Monroe Street, Suite 4700
Chicago, Illinois 60606
Telephone: (312)-577- 1300
Facsimile: (312)-577-1370
dalt@steptoe.com
mbuckley@steptoe.com

***Attorneys for Defendants***

**ATTESTATION OF FILER**

I, Anthony J. Anscombe, am the ECF user whose identification and password are being used to file this STIPULATION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

By:   /s/   *Anthony J. Anscombe*

**CERTIFICATE OF SERVICE**

I, Anthony J. Anscombe, hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: /s/ Anthony J. Anscombe